IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DORIS DENISE BEAMAN                                                                            PLAINTIFF

v.

CIVIL ACTION NO. 4:19-cv-00116-JMV

NANCY BERRYHILL, Commissioner
of Social Security                                                                                      DEFENDANT

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment and Supporting Memorandum, and the Court being advised in the premises is of the opinion that said Motion should be granted. It is, therefore,

ORDERED that Defendant's January 8, 2019 unfavorable final decision denying Plaintiff's claim for disability insurance benefits (DIB) under Title II of the Social Security Act (the Act), 42 U.S.C. §§ 416(i) and 423, and her claim for supplemental security income (SSI) benefits under Title XVI of the Act, 42 U.S.C. § 1382c(a)(3)(A), shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 19th day of February, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE