# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DORIS DENISE BEAMAN**                                                 **PLAINTIFF**

**VS**                                          **CIVIL ACTION NO. 4:19-cv-00116-JMV**

**NANCY BERRYHILL, Commissioner**
**of Social Security**                                                         **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Order [19] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 19th day of February, 2020.

                                                        /s/ Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE